1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   RUSSELL W. CHITTENDEN
4  Assistant United States Attorney
   California State Bar No. 117613
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2444
7       Facsimile: (213) 894-7327

8  Attorneys for Plaintiff
   Secretary of Housing and Urban Development

9

                    UNITED STATES DISTRICT COURT

10

                   CENTRAL DISTRICT OF CALIFORNIA

11

12

13  SECRETARY OF HOUSING AND          ) CASE NO. CV 01-03425 RAP (Ctx)
    URBAN DEVELOPMENT,                 )
                                       ) DISMISSAL OF ACTION; [PROPOSED]
14            Plaintiff,               ) ORDER THEREON
                                       )
15       vs.                           ) [Fed. R. Civ. P. 41(a)(1)]
                                       )
16  SPRINGBROOK PARK TOWNHOMES         )
    ASSOCIATION, a California          )
17  non-profit corporation;           )
    COAST ASSESSMENT SERVICE           )
18  COMPANY, a California              )
    corporation; and MUHAMMAD         )
19  YUNIS AND WILLIAM FRIZZELL,        )
    as co-trustees of the Clark       )
20  Street Trust U/D/T 03-05-98;      )
                                       )
21            Defendants.              )
                                       )
22

23

24

25

26

27

28

Priority    X
Send        X
Enter       X
Closed
JS-5/JS-6   X
JS-2/JS-3
Scan Only

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK, U.S. DISTRICT COURT

MAY 13 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAY 10 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

MAY - 7 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY



1      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil

2  Procedure, plaintiff Secretary of Housing and Urban Development

3  hereby dismisses this action without prejudice.

4      DATED: May 7, 2004.

5                                  DEBRA W. YANG
                                   United States Attorney
6                                  LEON W. WEIDMAN
                                   Assistant United States Attorney
7                                  Chief, Civil Division

8

9                                  RUSSELL W. CHITTENDEN
                                   Assistant United States Attorney
10                                 Attorneys for Plaintiff Secretary of
                                   Veterans Affairs
11

12                                      ORDER

13

14

15      IT IS SO ORDERED.

16      DATED:   5/10/04

17                             **RICHARD A. PAEZ**

18                             HONORABLE RICHARD A. PAEZ
                               United States Circuit Judge,
                               Sitting by designation
19

20  *The Court shall retain jurisdiction for 90 days*

21  *to enforce the terms & condition of the*

22  *settlement agreement, if necessary*

23

24

25

26

27

28

2

ENTERED
CLERK, U.S. DISTRICT COURT

APR 2 9 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2001 V01793

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority      X
Send          X
Enter         X
Closed        ___
JS-5/JS-6     ___
JS-2/JS-3     ___
Scan Only     ___

APR 30

SCANNED

Case No.    CV 01-03425 RAP(CTx)          Date:   April 26, 2004

Title:    Secretary of HUD v. Springbrook Park, etc., et al.

PRESENT
THE HONORABLE RICHARD A. PAEZ, JUDGE

Heidi M. Hricko                           n/a
Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF(S):    ATTORNEYS PRESENT FOR DEFENDANT(S):


PROCEEDINGS:    (IN CHAMBERS)


     Having previously submitted HUD's Motion to Enforce Settlement, the
court rules as follows: The unopposed motion is granted.  Under the terms of
the Stipulation for Compromise, filed October 29, 2003, Muhammad Yunis was
required to execute a Quitclaim Deed conveying all rights and interest in the
subject property to HUD.  Compromise Agreement ¶1.  To date, Yunis has failed
to comply with this provision of the Compromise Agreement.  Accordingly, in
order to implement the terms of the Compromise Agreement, HUD is entitled to
a Judgment quieting title in the subject property in its favor.  A separate
Judgment Quieting Title in The Secretary of the Department of Housing and
Urban Development shall be entered forthwith.

     Upon entry of the judgment, the parties shall comply with all other
provisions of the Compromise Agreement.

     IT IS SO ORDERED.


MINUTES FORM 11                    Initials of Deputy Clerk   M
CIVIL - GEN

18

1          <u>PROOF OF SERVICE BY MAILING</u>

2          I am over the age of 18 and not a party to the within action.

3    I am employed by the Office of United States Attorney, Central

4    District of California.  My business address is 300 North Los

5    Angeles Street, Suite 7516, Los Angeles, California, 90012.

6          On May 7, 2004, I served <u>DISMISSAL OF ACTION; [PROPOSED] ORDER</u>

7    <u>THEREON</u> on persons or entities named below by enclosing a copy in an

8    envelope addressed as shown below and placing the envelope for

9    collection and mailing on the date and at the place shown below

10   following our ordinary office practices.  I am readily familiar with

11   the practice of this office for collection and processing collection

12   and mailing, it is deposited in the ordinary course of business

13   within the United States Postal Service in a sealed envelope with

14   postage fully prepaid.

15         Date of mailing:  May 7, 2004.  Place of mailing: <u>Los Angeles,</u>

16   <u>California</u>.

17         PERSON(S) AND/OR ENTITY(IS) TO WHOM MAILED:

18              SEE ATTACHED LIST

19         I declare under penalty of perjury under the laws of the United

20   States of America that the forgoing is true and correct.

21         I declare that I am employed in the office of a member of the

22   bar of this Court at whose direction the service was made.

23         Executed on: May 7, 2004 at Los Angeles, California.

24

25                                   _____

26                                   JENNIFER BEIZAIE

27

SERVICE LIST

JAMES J. MAZZEO, ESQ.
Law Offices of James J. Mazzeo
101 W. Broadway., Ste. 1950
San Diego, CA 92101

KIM W. SELLARS, ESQ.
Robie & Matthai
500 S. Grand Ave., Ste. 1500
Los Angeles, CA 90071

MICHAEL D. MAY, ESQ.
2400 E. Katella Ave., Ste. 640
Anaheim, CA 92806